United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES CARL KELLY,

Petitioner,

v.

PAT HORN, et al.,

Respondents.

Case No. 26-cv-03341-EMC

**ORDER OF TRANSFER**

Re: ECF Nos. 3, 4

Petitioner James Carl Kelly, a *pro se* prisoner currently housed in Kern Valley State Prison in Kern County, filed the instant petition for writ of habeas corpus naming Kern Valley State Prison's warden and medical staff as respondents. *See* ECF No. 1.

While the matter is characterized as a petition for writ of habeas corpus, the allegations in the "petition" appear to challenge Kelly's medical care and conditions of confinement.[1] *See Badea v. Cox*, 931 F.2d 573, 574 (9th Cir. 1991) (civil rights action is proper method of challenging conditions of confinement). Nevertheless, Kern Valley State Prison, where the challenged events occurred, is located in the Eastern District of California. *See* 28 U.S.C. § 84(b). Kelly and Respondents also appear to be located in Kern County. *See* ECF No. 1 at 2-3. Venue is therefore appropriate in that district. 28 U.S.C. § 1391(b)(1), (b)(2).

District courts may, where appropriate, construe documents labeled as a petition for writ of habeas corpus as complaints under 42 U.S.C. § 1983. *See Wilwording v. Swenson*, 404 U.S. 249,

---

[1] Kelly also filed a motion for a preliminary injunction or temporary restraining order, in which Kelly asks this Court to order the Eastern District of California to "show cause" why preliminary injunctive relief should not be granted. *See* ECF No. 3. Kelly essentially seeks mandamus relief, and federal district courts lack authority to issue a writ of mandamus to other district courts. *See Mullis v. U.S. Bankruptcy Court*, 828 F.2d 1385, 1393 (9th Cir. 1987) (citing *Lewis v. Green*, 629 F. Supp. 546, 553 (D.D.C. 1986)).

251 (1971). Given the nature of the allegations in this mater, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is **TRANSFERRED** to the United States District Court for the Eastern District of California. The Clerk is requested to transfer the matter, terminate all pending motions, and close the file.

**IT IS SO ORDERED.**

Dated: April 24, 2026

_____
EDWARD M. CHEN
United States District Judge