**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

JAMES CARL KELLY,

Petitioner,

v.

PAT HORN, et al.,

Respondents.

Case No. 1:26-cv-03164 JLT EPG (HC)

ORDER GRANTING PETITIONER'S CONSTRUED REQUEST TO DISMISS, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS WITHOUT PREJUDICE, TERMINATING FINDINGS AND RECOMMENDATIONS AS MOOT, AND DIRECTING CLERK OF COURT TO CLOSE THIS CASE

(Docs. 13, 14)

James Carl Kelly is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The magistrate judge performed a preliminary review of the petition under Rule 4 of the Rules Government Section 2254 Cases. (Doc. 13.) The magistrate judge observed that Petitioner raises claims "regarding the medical care he is receiving" and he "does not challenge his underlying criminal conviction or sentence or the fact or duration of his confinement in the instant petition." (*Id.* at 2.) The magistrate judge found that Petitioner "failed to state a cognizable claim for federal habeas corpus relief," and that it was "in appropriate to construe the habeas petition as a civil rights complaint under 42 U.S.C. § 1983." (*Id.* at 3.) Therefore, the magistrate judge recommended dismissal of the petition. (*Id.*)

In response to the Findings and Recommendations, Petitioner filed a document indicating that he made a mistake in filing the petition under Section 2254 because he did not "pay attention

to the front page" of the document he completed. (Doc. 14 at 1-2.) He expresses an intent to file a civil action. (*Id.* at 2.) Petitioner states, "I with draw (sic) from this action filed in the wrong court." (*Id.*) The Court liberally construes this filing to be a request to dismiss under Rule 41 of the Federal Rules of Civil Procedure.

Pursuant to Rule 41(a)(1)(A), "the [petitioner] may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because the respondents have not appeared or filed an answer, the action is automatically terminated under Rule 41(a). *Id.* Thus, the Court **ORDERS**:

1. Petitioner's request to withdraw (Doc. 14) is **CONSTRUED** as a notice of voluntary dismissal under Rule 41(a).
2. The petition is **DISMISSED** without prejudice.
3. The Findings and Recommendations dated August 26, 2026 (Doc. 13) are terminated as **MOOT**.
4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: September 17, 2026

[signature]
UNITED STATES DISTRICT JUDGE